**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq. (126281)
André M. Picciurro, Esq. (239132)
1801 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
E-mail: brose@kayerose.com
      apicciurro@kayerose.com

Attorneys for Plaintiff
**ORIENT SPIRIT NAVIGATION LIMITED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORIENT SPIRIT NAVIGATION LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>ANL CONTAINER LINE PTY LIMITED,<br><br>    Defendant. | **Case No.:**    **CV-14-0572 PA (JCx)**<br><br>**REPRESENTATION STATEMENT OF PLAINTIFF ORIENT SPIRIT NAVIGATION LIMITED** |

    The undersigned represents ORIENT SPIRIT NAVIGATION LIMITED, Plaintiff and Appellant in the above-captioned matter, and no other party. The following is a list of all parties in this matter and their respective counsel, pursuant to Local Circuit Rule 3-2 and F.R.A.P. 12(b):

    Defendant ANL CONTAINER LINE PTY LIMITED;

    Neil B. Klein, SBN 142734

    neilk@mckassonklein.com

    Michaël Fischer, Bar No. 202543

    mfischer@mckassonklein.com

    Maria del Rocio Ashby, SBN 206282

| | |
|---|---|
| 1 | mrashby@mckassonklein.com |
| 2 | MCKASSON & KLEIN LLP |
| 3 | 2211 Michelson Drive, Suite 320 |
| 4 | Irvine, CA 92612 |
| 5 | T. (949) 724-0200 / F. (949) 724-0201 |
| 6 | **Attorneys for:** Defendant ANL CONTAINER LINE PTY LIMITED. |
| 7 | |
| 8 | Specially Appearing Party ANL SINGAPORE PTE LTD; |
| 9 | Neil B. Klein, SBN 142734 |
| 10 | neilk@mckassonklein.com |
| 11 | Michaël Fischer, Bar No. 202543 |
| 12 | mfischer@mckassonklein.com |
| 13 | Maria del Rocio Ashby, SBN 206282 |
| 14 | mrashby@mckassonklein.com |
| 15 | MCKASSON & KLEIN LLP |
| 16 | 2211 Michelson Drive, Suite 320 |
| 17 | Irvine, CA 92612 |
| 18 | T. (949) 724-0200 / F. (949) 724-0201 |
| 19 | **Attorneys for:** Specially Appearing Party ANL SINGAPORE PTE LTD. |
| 20 | |
| 21 | Dated: October 6, 2014        **KAYE, ROSE & PARTNERS, LLP** |
| 22 | |
| 23 |                By: /s/ Andre M. Picciurro |
| 24 |                    Bradley M. Rose |
|    |                    André M. Picciurro |
| 25 |                    Attorneys for Plaintiff |
|    |                    ORIENT SPIRIT NAVIGATION |
| 26 |                    LIMITED |

Kaye, Rose & Partners LLP

2

REPRESENTATION STATEMENT        Case No. CV-14-0572 PA